JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
KEITH WOOLRIDGE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 1:12-0031 AWI-BAM |
| vs. | STIPULATION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE |
| KEITH WOOLRIDGE | |
| Defendant. | |

Defendant KEITH WOOLRIDGE by and through his attorney James R. Homola, the United States of America, by and through its attorney, Mark J. McKeon, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the conditions of release be modified to reflect Mr. WOOLRIDGE's completion of the inpatient program at WestCare, namely that the condition directing third-party custody be vacated and replaced by a directive to participate in Moral Reconation Therapy, while all other conditions remain in effect.

DATED: December 27, 2012

/s/ James R. Homola            /s/ Mark J. McKeon
JAMES R. HOMOLA                MARK J. MCKEON

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

Attorney for Defendant          Assistant U.S. Attorney

**ORDER**

**THE CONDITION OF RELEASE** directing that KEITH WOOLRIDGE participate in the WestCare in-patient program is terminated. WestCare is removed as the third party custodian, and residential substance abuse treatment is terminated. Defendant shall reside at a residence approved by the Pretrial Services Officer. The defendant shall participate in a MRT/cognitive behavioral treatment program as directed by the Pretrial Services Officer. Such program may include group sessions led by a counselor or participation in a program administered by the Pretrial Services Officer. These changed conditions shall be effective on January 1, 2013. All other conditions of release remain in effect.

IT IS SO ORDERED.

Dated: __December 27, 2012__          /s/ **Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111